IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WINNIFRED SCHAFER, individually and as Personal Representative of the Estate of Anthony Friskey,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 25-28-GF-JTJ<br><br><br>ORDER |

The United States has filed an unopposed motion for an order authorizing disclosure of documents and materials protected by the Privacy Act, 5 U.S.C. § 552a(b)(12).

Through discovery, Plaintiff has requested production of documents and material that contain personal identifying information and other information protected by the Privacy Act. These documents and materials include, but are not limited to, law enforcement records, personnel/employment files, and medical records, among other records in agency systems of records.

Based on the unopposed motion and with good cause appearing,

IT IS HEREBY ORDERED that, in connection with litigation of this matter,

1

the United States is authorized to produce or disclose documents and materials protected by the Privacy Act, 5 U.S.C. § 552a(b)(12).

DATED this 31st day of December 2025.

John Johnston
United States Magistrate Judge