RANDY J. TANNER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 329-4268
Fax: (406) 542-1476
Email: randy.tanner@usdoj.gov

BART J. LAMONT
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4685
Fax: (406) 657-6058
Email: bart.lamont@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WINNIFRED SCHAFER, individually and as Personal Representative of the Estate of Anthony Friskey,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 25-28-GF-JTJ<br><br>NOTICE OF FILING TRIAL EXHIBITS |

Pursuant to Local Rule 5.1(b)(3) and (4), the United States hereby files exhibits 519–522 and 710, admitted during the bench trial.

Additional exhibits will be lodged under seal (exhibits 518, 523, 700–709, 711–715, 718). The United States will file two exhibits conventionally under seal (exhibits 716–717).

DATED this 13th day of November 2026.

SCOTT TWITO
United States Attorney

/s/ Randy J. Tanner
RANDY J. TANNER
BART J. LAMONT
Assistant U.S. Attorneys
Attorneys for Defendant